**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV54-RLV-DSC**

| | |
|---|---|
| **CHRIS THOMPSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **DOLGENCORP, INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**ORDER**

 **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Joel S. Allen]" (document #11) filed May 5, 2010.  For the reasons set forth therein, the Motion will be <u>granted</u>.

 The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees</u>.

 **SO ORDERED**.

Signed: May 5, 2010

_____

David S. Cayer
United States Magistrate Judge
